# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WALTER HEMMERLING

VERSUS

H&E EQUIPMENT SERVICES, INC.

NO.  2025 CW 0547

**JULY 22, 2025**

---

In Re:    Walter Hemmerling, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 695132.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

                    **MRT**
                    **WIL**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT